# UNITED STATES DISTRICT COURT

District of _____

Westchester Fire Insurance Company
a/s/o Jurys Doyle Hotel Group USA
Ltd. d/b/a Jurys Doyle Hotel, LLC

v.

DJ Plumbing & Heating, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-11375 MLW**

TO: (Name and address of Defendant)

DJ Plumbing and Heating
250 North Street Unit B1
Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
PATRICK J. LOFTUS, III
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 29 2005

CLERK                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-11-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Russell Castagna | Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 250 North St. Unit B1 Danvers, MA Accepted by David Johanson, Owner

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $54.00 | | $54.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-11-05
                  *Date*

*Signature of Server*

77 L St., Boston, MA

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.