UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, as subrogee of JURYS DOYLE HOTEL GROUP USA, LTD. d/b/a JURYS DOYLE HOTEL, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>DJ PLUMBING & HEATING, INC.,<br><br>*Defendant.* | No. 05-cv-11375-MLW |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant DJ Plumbing & Heating, Inc. ("Defendant") hereby submits this corporate disclosure statement and states that: Defendant is a company organized under the laws of the Commonwealth of Massachusetts. Defendant has no parent corporation and does not have any shareholders that are publicly held companies that own 10% or more of any of its stock.

Respectfully submitted,

DJ PLUMBING & HEATING, INC.,

By its attorneys,

/s/ Juan Alexander Concepción
_____
John Stadler, BBO No. 548485
J. Alexander Concepción, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Dated: July 29, 2005

BOS1514149.1

## CERTIFICATE OF SERVICE

    I, Juan Alexander Concepción, certify that a true and accurate copy of the foregoing document was served upon Patrick J. Loftus, III, Esq., 9 Park Street, Suite 500, Boston, MA 02108 by Facsimile and U.S. First Class mail on July 29, 2005.

                                              /s/ Juan Alexander Concepción
                                              _____
                                              Juan Alexander Concepción