UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, as subrogee of JURYS DOYLE HOTEL GROUP USA, LTD. d/b/a JURYS DOYLE HOTEL, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>DJ PLUMBING & HEATING, INC.,<br><br>*Defendant*. | No. 05-cv-11375-MLW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for DJ Plumbing & Heating, Inc.

I certify that I am admitted to practice in this court.

/s/ Kurt M. Mullen
Kurt M. Mullen (BBO No. 651954)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
(617) 345-1000
kmullen@nixonpeabody.com

Dated:  March 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 8, 2006.

/s/ Kurt M. Mullen

BOS1574788.1