IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY : <br> as subrogee of JURYS DOYLE HOTEL GROUP : <br> USA, LTD. d/b/a JURYS DOYLE HOTEL, LLC : <br> : <br> Plaintiff : <br> v. : <br> : <br> DJ PLUMBING & HEATING, INC. : <br> : <br> Defendant : | CIVIL ACTION NO. 05-cv-11375-MLW <br><br><br><br><br> **JURY TRIAL DEMANDED** |

## AFFIDAVIT OF PATRICK J. LOFTUS, III

Patrick J. Loftus, III, Esquire, being duly sworn, deposes and says as follows:

I am an attorney duly licensed to practice law in the State of Massachusetts, and an attorney for the Plaintiff, Westchester Fire Insurance Company, in the above-entitled action.

I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of the Plaintiff's motion to have Kevin J. Hughes, Esquire and Sean p. O'Donnell, Esquire, admitted of counsel, *Pro Hac Vice*, with respect to the above-entitled action.

The affiant has been acting as local counsel with respect to this matter, and respectfully requests that the Court allow Kevin J. Hughes, Esquire and Sean P. O'Donnell, Esquire to be admitted *Pro Hac Vice* for purposes of serving as counsel for Plaintiff, Westchester Fire Insurance Company.

The affiant has known Mr. Hughes and Mr. O'Donnell to be excellent attorneys who have a great deal of experience with respect to the issues being presented in

the present lawsuit and are members in good standing of the Bar of the Commonwealth of Pennsylvania.

The affiant respectfully submits to the Court that Mr. Hughes and Mr. O'Donnell are not only excellent attorneys, but are persons of unimpeachable character who would do justice to both their client and the Bar. The Court is respectfully referred to the attached Affidavits regarding Mr. Hughes' and Mr. O'Donnell's qualifications with the respect to the subject claims.

The affiant respectfully requests that Kevin J. Hughes, Esquire and Sean P. O'Donnell, Esquire be admitted *Pro Hac Vice* in the above-entitled action to serve as counsel with respect to the subject claims.

WHEREFORE, Patrick J. Loftus, III, Esquire respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Kevin J. Hughes, Esquire and Sean P. O'Donnell, Esquire to the United States District Court for the District of Massachusetts and to practice with respect to the above-captioned action, together with such

Case 1:05-cv-11375-MLW    Document 10    Filed 03/20/2006    Page 4 of 5

other and further relief as the Court may deem just and proper.

                        BY: :   \s\ Patrick J. Loftus, III
                        PATRICK J. LOFTUS III, ESQUIRE
                        BBO #303310
                        No. 9 Park Street
                        Suite 500
                        Boston, MA 02108
                        617-723-7700

                        ATTORNEY FOR PLAINTIFF

Sworn to and subscribed

before me on this        day

of                    , 2006.


_____
Notary Public

2

## CERTIFICATE OF SERVICE

      I, PATRICK J. LOFTUS, III, hereby certify that a copy of the foregoing Plaintiff's Motion for Pro Hac Vice has been served upon counsel this _____ day of March , 2006 by First Class Mail, postage pre-paid as follows:

John Stadler, Esquire
J. Alexander Concepción, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

                                  BY:__\s\ Patrick J. Loftus, III_____
                                       PATRICK J. LOFTUS III, ESQUIRE
                                       BBO #303310
                                       No. 9 Park Street
                                       Suite 500
                                       Boston, MA 02108
                                       617-723-7700

**OF COUNSEL:**
COZEN O'CONNOR
KEVIN J. HUGHES, ESQUIRE
SEAN P. O'DONNELL, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
(215) 665-2013 (facsimile)
khughes@cozen.com
sodonnell@cozen.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTCHESTER FIRE INSURANCE COMPANY :
as subrogee of JURYS DOYLE HOTEL GROUP :
USA, LTD. d/b/a JURYS DOYLE HOTEL, LLC : CIVIL ACTION NO. 05-cv-11375-MLW
:
          Plaintiff :
:
v. :
: **JURY TRIAL DEMANDED**
DJ PLUMBING & HEATING, INC. :
:
          Defendant :

### AFFIDAVIT OF KEVIN J. HUGHES

COMMONWEALTH OF PENNSYLVANIA :
:
COUNTY OF PHILADELPHIA: :

    I, Kevin J. Hughes, Esquire, being duly sworn, depose and say:

    1.    I am a resident of the Commonwealth of Pennsylvania and was admitted by the Supreme Court of Pennsylvania to the bar of the Commonwealth of Pennsylvania on November 19, 1987. I am also a member of the bar of the State of New Jersey as well as the United States District Court for the Eastern and Middle Districts of Pennsylvania and District of New Jersey.

    2.    I am currently associated with the law firm of Cozen O'Connor, The Atrium, 1900 Market Street, Philadelphia, Pennsylvania.

    3.    I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law within the Commonwealth

of Pennsylvania, having an Attorney Identification No. 50238. A copy of my Certificate of Good Standing is attached hereto as Exhibit "A".

4. No disciplinary proceedings or criminal charges have ever been instituted against me in the Commonwealth of Pennsylvania or any other state.

5. There has been an attorney-client relationship between the plaintiff and my firm for an extended period of time.

5. My client has specifically requested that I represent its interests in this matter.

6. The nature of this action involves complex legal and factual issues in a complex field of law with which I am completely familiar since I have handled many of these types of cases in the past and have developed an expertise in these matters.

7. If the Court shall allow my Motion to Appear Pro Hac Vice in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Massachusetts state bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of Massachusetts in good standing.

8. The Commonwealth of Pennsylvania grants the privilege of *Pro Hac Vice* admissions to members of the bar of Massachusetts in good standing.

9. I am associated and have personally appearing with me in these proceedings, Patrick J. Loftus, III, Esquire, an attorney who is duly and legally admitted to practice in both the State of Massachusetts and the United States District Court for Massachusetts, and upon whom service may be had in all matters connected with the above-

captioned cause, to any disciplinary matter arising out of the same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

    10.    I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
KEVIN J. HUGHES

Sworn to and subscribed

before me on this / day

of March, 2006.

_____
Notary Public

```
SUZANNE GA...RIDAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 4, 2008
```



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

**Kevin John Hughes, Esq.**

### DATE OF ADMISSION

November 19, 1987

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 23, 2006

Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY<br>as subrogee of JURYS DOYLE HOTEL GROUP<br>USA, LTD. d/b/a JURYS DOYLE HOTEL, LLC<br><br>Plaintiff<br><br>v.<br><br>DJ PLUMBING & HEATING, INC.<br><br>Defendant | :<br>:<br>: CIVIL ACTION NO. 05-cv-11375-MLW<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED**<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF SEAN P. O'DONNELL

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| COUNTY OF PHILADELPHIA: | : |

I, Sean P. O'Donnell, Esquire, being duly sworn, depose and say:

1.  I am a resident of the Commonwealth of Pennsylvania and was admitted by the Supreme Court of Pennsylvania to the bar of the Commonwealth of Pennsylvania on December 4, 1995. I am also a member of the bar of the State of New Jersey, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the District of New Jersey.

2.  I am currently associated with the law firm of Cozen O'Connor, The Atrium, 1900 Market Street, Philadelphia, Pennsylvania.

3.  I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law within the Commonwealth

of Pennsylvania, having an Attorney Identification No. 76533. A copy of my Certificate of Good Standing is attached hereto as Exhibit "A".

4. No disciplinary proceedings or criminal charges have ever been instituted against me in the Commonwealth of Pennsylvania or any other state.

5. There has been an attorney-client relationship between the plaintiff and my firm for an extended period of time.

6. My client has specifically requested that I represent its interests in this matter.

7. The nature of this action involves complex legal and factual issues in a complex field of law with which I am completely familiar since I have handled many of these types of cases in the past and have developed an expertise in these matters.

8. If the Court shall allow my Motion to Appear Pro Hac Vice in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the Massachusetts state bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of Massachusetts in good standing.

9. The Commonwealth of Pennsylvania grants the privilege of *Pro Hac Vice* admissions to members of the bar of Massachusetts in good standing.

10. I am associated and have personally appearing with me in these proceedings, Patrick J. Loftus, III, Esquire, an attorney who is duly and legally admitted to practice in both the State of Massachusetts and the United States District Court for Massachusetts, and upon whom service may be had in all matters connected with the above-

captioned cause, to any disciplinary matter arising out of the same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

11. I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
SEAN P. O'DONNELL

Sworn to and subscribed

before me on this / day

of March, 2006.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SUZANNE GAYNOR SHERIDAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 4, 2008

3



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Sean P. O'Donnell, Esq.

**DATE OF ADMISSION**

*December 4, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 23, 2006

Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY<br>as subrogee of JURYS DOYLE HOTEL GROUP<br>USA, LTD. d/b/a JURYS DOYLE HOTEL, LLC<br><br>Plaintiff<br><br>v.<br><br>DJ PLUMBING & HEATING, INC.<br><br>Defendant | CIVIL ACTION NO. 05-cv-11375-MLW<br><br><br><br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF PATRICK J. LOFTUS, III

Patrick J. Loftus, III, Esquire, being duly sworn, deposes and says as follows:

I am an attorney duly licensed to practice law in the State of Massachusetts, and an attorney for the Plaintiff, Westchester Fire Insurance Company, in the above-entitled action.

I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of the Plaintiff's motion to have Kevin J. Hughes, Esquire and Sean p. O'Donnell, Esquire, admitted of counsel, *Pro Hac Vice*, with respect to the above-entitled action.

The affiant has been acting as local counsel with respect to this matter, and respectfully requests that the Court allow Kevin J. Hughes, Esquire and Sean P. O'Donnell, Esquire to be admitted *Pro Hac Vice* for purposes of serving as counsel for Plaintiff, Westchester Fire Insurance Company.

The affiant has known Mr. Hughes and Mr. O'Donnell to be excellent attorneys who have a great deal of experience with respect to the issues being presented in

the present lawsuit and are members in good standing of the Bar of the Commonwealth of Pennsylvania.

      The affiant respectfully submits to the Court that Mr. Hughes and Mr. O'Donnell are not only excellent attorneys, but are persons of unimpeachable character who would do justice to both their client and the Bar.  The Court is respectfully referred to the attached Affidavits regarding Mr. Hughes' and Mr. O'Donnell's qualifications with the respect to the subject claims.

      The affiant respectfully requests that Kevin J. Hughes, Esquire and Sean P. O'Donnell, Esquire be admitted *Pro Hac Vice* in the above-entitled action to serve as counsel with respect to the subject claims.

      WHEREFORE, Patrick J. Loftus, III, Esquire respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Kevin J. Hughes, Esquire and Sean P. O'Donnell, Esquire to the United States District Court for the District of Massachusetts and to practice with respect to the above-captioned action, together with such

other and further relief as the Court may deem just and proper.

                                                                        BY: : \s\ Patrick J. Loftus, III
                                                                             PATRICK J. LOFTUS III, ESQUIRE
                                                                             BBO #303310
                                                                             No. 9 Park Street
                                                                             Suite 500
                                                                             Boston, MA 02108
                                                                             617-723-7700

                                                                             ATTORNEY FOR PLAINTIFF

Sworn to and subscribed

before me on this _____ day

of _____, 2006.


_____
Notary Public

**CERTIFICATE OF SERVICE**

      I, PATRICK J. LOFTUS, III, hereby certify that a copy of the foregoing Plaintiff's Motion for Pro Hac Vice has been served upon counsel this _____ day of March , 2006 by First Class Mail, postage pre-paid as follows:

      John Stadler, Esquire
      J. Alexander Concepción, Esquire
      Nixon Peabody LLP
      100 Summer Street
      Boston, MA 02110-2131

      BY:  \s\ Patrick J. Loftus, III
      PATRICK J. LOFTUS III, ESQUIRE
      BBO #303310
      No. 9 Park Street
      Suite 500
      Boston, MA 02108
      617-723-7700

**OF COUNSEL:**
COZEN O'CONNOR
KEVIN J. HUGHES, ESQUIRE
SEAN P. O'DONNELL, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
(215) 665-2013 (facsimile)
khughes@cozen.com
sodonnell@cozen.com