UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY, as subrogee of JURYS DOYLE HOTEL GROUP USA, LTD. d/b/a JURYS DOYLE HOTEL, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>DJ PLUMBING & HEATING, INC.,<br><br>*Defendant*. | No. 05-cv-11375-MLW |

**PLAINTIFF'S LOCAL RULE 16.1(d)(3) CERTIFICATION**

The undersigned hereby certify that they have conferred: (a) with a view to establishing a budget for the cost of conducting the full course - and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                              COZEN O'CONNOR

                                         BY:   s/ Sean P. O'Donnell
                                                 KEVIN J. HUGHES, ESQUIRE
                                                 SEAN P. O'DONNELL, ESQUIRE

     s/ Timothy K. Dunn
TIMOTHY K. DUNN
*On Behalf of Westchester Fire Insurance Co.*