```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

WESTCHESTER FIRE INSURANCE CO.,  )
    Plaintiff,                  )
                                 )
        v.                       )   C.A. No. 05-11375-MLW
                                 )
DJ PLUMBING AND HEATING INC.,    )
    Defendant,                  )

## ORDER

WOLF, D.J.                                             April 19, 2006

    1.  The plaintiff shall, by April 28, 2006, file an amended complaint or a written statement stating that it does not intend to amend the complaint.

    2.  The defendant shall, by June 16, 2006, file a motion to dismiss.

    3.  The plaintiff shall, by July 28, 2006, respond to the motion to dismiss.

    4.  Any replies shall be filed by August 18, 2006.

    5.  A hearing on the motion to dismiss will be held on September 14, 2006 at 3:00 PM.


                                            /s/ Mark L. Wolf
                                            UNITED STATES DISTRICT JUDGE