UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTCHESTER FIRE INSURANCE
COMPANY, as subrogee of JURYS DOYLE
HOTEL GROUP USA, LTD. d/b/a
JURYS DOYLE HOTEL, LLC

      *Plaintiff*,

v.

DJ PLUMBING & HEATING, INC.,

      *Defendant.*

No. 05-cv-11375-MLW

**JOINT STATEMENT REGARDING PRETRIAL SCHEDULE SUBMITTED
PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Fed. R. Civ. P. 26(f) and District of Massachusetts Local Rule 16.1(D), the parties herein, Westchester Fire Insurance Company, as subrogee of Jurys Doyle Hotel Group, USA, Ltd. d/b/a Jurys Doyle Hotel, LLC and DJ Plumbing & Heating, Inc., jointly submit the following as they do not agree on a discovery plan/pretrial schedule for this matter.

**A.**  **PROPOSED DISCOVERY PLAN/PRETRIAL SCHEDULE**

The parties were unable to agree to a proposed discovery schedule. Therefore, both proposed schedules are provided below:

|  | **Plaintiff's Deadline** | **Defendant's Deadline** |
|---|---|---|
| Rule 26(a) automatic disclosures | Completed | Completed |

| | | |
|---|---|---|
| Fact discovery deadline | April 1, 2007 | 6 months after the Court's determination of DJ Plumbing's pending motion to dismiss or, if the Court permits interlocutory appellate review pursuant to 28 U.S.C. § 1292(b) or any other applicable statute or rule, 6 months after any determination by the United States Court of Appeals for the First Circuit with respect to such appeal. |
| Plaintiff's expert disclosure(s) | May 1, 2007 | One month after close of fact discovery |
| Defendant's expert disclosure(s) | June 1, 2007 | One month after service of plaintiff's expert disclosure(s) |
| Expert deposition deadline | July 1, 2006 | Two months after service of defendant's expert disclosure(s) |
| Dispositive motion deadline | July 16, 2007 Response due thirty (30) days after service | One month after close of expert discovery. All oppositions to such motions shall be filed 21 days after service of dispositive motions. Reply briefs in response to such oppositions must be filed pursuant to the local rules and shall be filed no more than 14 days after service of the opposition |
| Pretrial Conference | September 16, 2007 | Within sixty (60) days following resolution of any dispositive motions |

| | | |
|---|---|---|
| Motions in Limine | 28 days prior to pretrial conference | 28 days prior to pretrial conference. Any oppositions to such motions shall be filed 14 days prior to the pretrial conference, and pursuant to the local rules any reply briefs in response to such oppositions must be filed 7 days prior to the pretrial conference |

Respectfully submitted,

| | |
|---|---|
| Westchester Insurance Company, by its attorneys, | DJ Plumbing & Heating, Inc., by its attorneys, |
|       s/ Patrick J. Loftus |       s/ John S. Stadler |
| PATRICK J. LOFTUS III, ESQUIRE | JOHN S. STADLER, ESQUIRE |
| BBO #303310 | BBO #548485 |
| No. 9 Park Street | jstadler@nixonpeabody.com |
| Suite 500 | Kurt M. Mullen |
| Boston, MA 02108 | BBO #651954 |
| 617-723-7700 | NIXON PEABODY |
| and | 100 Summer Street |
| KEVIN J. HUGHES, ESQUIRE | Boston, MA 02110-2131 |
| Admitted *Pro Hace Vice* | (617) 345-1000 |
| khughes@cozen.com | |
| SEAN P. O'DONNELL, ESQUIRE | |
| Admitted *Pro Hace Vice* | |
| sodonnell@cozen.com | |
| COZEN O'CONNOR | |
| 1900 Market Street | |
| Philadelphia, PA 19103 | |
| (215) 665-2000 | |
| (215) 665-2013 (facsimile) | |

Dated: October 13, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 13, 2006.

                                               s/ Sean P. O'Donnell
                                     SEAN P. O'DONNELL