UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-11375

| Westchester Fire InsuranceCo., | DJ Plumbing and Heating Inc. |
| PLAINTIFF | DEFENDANT |
| Peter Loftus | John Stadler |
| Sean O'Donnell | |

COUNSEL FOR PLAINTIFF     COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 11/28/06 | Court listens to oral arguments on the defendant's motion to dismiss (docket no 17). |
| | Court takes a brief recess and denies the motion to dismiss without prejudice. |
| | Court orders the plaintiff to file an amended complaint and sets a briefing schedule for any motions to dismiss |
| | A hearing will be held on 4/5/2007 at 3:00 PM. |