

**COZEN O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

December 21, 2006

Sean P. O'Donnell
Direct Phone  215.665.2089
Direct Fax    215.701.2089
sodonnell@cozen.com

<u>**VIA ELECTRONIC FILING**</u>
The Honorable Mark L. Wolf
Chief Judge, United States District Court
United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

Re:   <u>Westchester Fire Ins. Co. a/s/o Jurys Doyle Hotel v. DJ Plumbing & Heating, Inc.</u>
      No: 05-cv-11375-MLW
      <u>Our File No: 152046</u>

Dear Judge Wolf:

   The parties are pleased to advise the Court that the above-captioned case has settled. I will file a Stipulation of Dismissal as soon as the Release is finalized and settlement funds are received. On behalf of both parties, we appreciate your flexibility and assistance in facilitating the settlement of this matter.

                                          Respectfully submitted,

                                          COZEN O'CONNOR

                                          s/  Sean P. O'Donnell

                                          SEAN P. O'DONNELL

SPOD/k
cc:   John S. Stadler, Esquire (via e-mail)
      Patrick J. Loftus, Esquire (via e-mail)
      Kevin J. Hughes, Esquire (via e-mail)