IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTCHESTER FIRE INSURANCE COMPANY :
as subrogee of JURYS DOYLE HOTEL GROUP :
USA, LTD.  d/b/a JURYS DOYLE HOTEL, LLC : CIVIL ACTION NO. 05-11375-MLW
:
           Plaintiff :
:
v. :
:
DJ PLUMBING & HEATING, INC. :
:
           Defendant :

## STIPULATION OF DISMISSAL

The undersigned, on behalf of their respective clients, hereby agree and stipulate that the above-captioned matter is settled and dismissed with prejudice, each party to bare its own costs and attorney's fees.

Respectfully submitted,

WESTCHESTER FIRE INS. CO.                   DJ PLUMBING & HEATING, INC.
JURYS DOYLE HOTEL GROUP USA, LTD.
D/B/A JURYS DOYLE HOTEL, LLC

By their attorneys,                                        By their attorneys:


     s/ Sean P. O'Donnell                         s/ John Stadler
Kevin J. Hughes, Esquire (Admitted Pro Hac Vice)    John S. Stadler, Esquire
Sean P. O'Donnell, Esquire (Admitted Pro Hac Vice)   100 Summer Street
COZEN O'CONNOR                              Boston, MA 02110-2131
1900 Market Street                                    BBO#548485
Philadelphia, PA 19103
      and
PATRICK J. LOFTUS, III, ESQUIRE
9   Park Street
Boston, MA 02127
617-723-7770
BBO# 303310

SO ORDERED:

_____
                                                          U.S.D.J.