IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WESTCHESTER FIRE INSURANCE COMPANY : <br> as subrogee of JURYS DOYLE HOTEL GROUP : <br> USA, LTD.  d/b/a JURYS DOYLE HOTEL, LLC : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> DJ PLUMBING & HEATING, INC. : <br> : <br> Defendant : | CIVIL ACTION NO. 05-11375-MLW |

## STIPULATION OF DISMISSAL

The undersigned, on behalf of their respective clients, hereby agree and stipulate that the above-captioned matter is settled and dismissed with prejudice, each party to bare its own costs and attorney's fees.

Respectfully submitted,

| WESTCHESTER FIRE INS. CO. <br> JURYS DOYLE HOTEL GROUP USA, LTD. <br> D/B/A JURYS DOYLE HOTEL, LLC | DJ PLUMBING & HEATING, INC. |
|---|---|
| By their attorneys, | By their attorneys: |
|     s/ Sean P. O'Donnell |     s/ John Stadler |
| Kevin J. Hughes, Esquire (Admitted Pro Hac Vice) <br> Sean P. O'Donnell, Esquire (Admitted Pro Hac Vice) <br> COZEN O'CONNOR <br> 1900 Market Street <br> Philadelphia, PA 19103 <br>     and <br> PATRICK J. LOFTUS, III, ESQUIRE <br> 9   Park Street <br> Boston, MA 02127 <br> 617-723-7770 <br> BBO# 303310 | John S. Stadler, Esquire <br> 100 Summer Street <br> Boston, MA 02110-2131 <br> BBO#548485 |

SO ORDERED:

    /s/ Mark L. Wolf
                                                U.S.D.J.